

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00411-CR

EX PARTE GINO VERON

§ On Appeal from the 30th District Court

§ of Wichita County (DC30-CR2024-0692-2)

§ March 20, 2025

§ Memorandum Opinion by Justice Birdwell

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell